# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

NOTICE OF DEFENDANT'S of RELEASE ON CONDITIONS
PURSUANT TO STANDING ORDER and
DEFENDANT'S PROMISE TO APPEAR

UNITED STATES OF AMERICA                     Docket No. _____
vs.

DELGADO, GUADALUPE, G

Court Location: U.S. Magistrate Court, 9004 Castle Cliffs Court, Yosemite, CA 95389.

Date and Time of Initial Appearance:         OCTOBER 06, 2009  0900 HOURS

Pursuant to Standing Order Re: Release on Own Recognizance in Yosemite National Park signed by the Honorable Sandra M. Snyder, Chief United States Magistrate Judge, on June 3, 2009; the following are the standard conditions of release and appearance:

1) the defendant shall not commit any federal, state or local crime during the period of release;

2) the person shall cooperate in the collection of a DNA sample from the person if the collection of such sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. 14135a);

3) the defendant shall appear at all proceedings as ordered by the court and shall surrender for service of any sentence imposed;

4) the defendant shall immediately advise the court, defense counsel and the Yosemite National Park Law Enforcement Office, in writing, if arrested or cited by a law enforcement officer;

5) the defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the court, or obstruct any criminal investigation; and

6) the defendant shall immediately advise the court, defense counsel, and the Yosemite National Park Law Enforcement Office in writing of any change in address or telephone number.

7) Special Conditions Approved by U.S. Magistrate: _____

I the undersigned defendant understand and agree to the above conditions of release and promise to appear on the assigned date noted below and that my failure to appear on the date set forth shall result in the court issuing a warrant for my arrest.

_____              10/03/09
Signature of Defendant                      Date

I have provided the defendant with a copy of this signed release.

_____
Park Ranger